## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

JAMES KWON,

    Plaintiff,

v.

CHICK-FIL-A OF ORLAND PARK FSU,

    Defendant.

Civil Action No. 1:16-cv-11603

Hon. Rebecca R. Pallmeyer

Magistrate Judge Susan E. Cox

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been resolved and therefore, this cause should be dismissed with prejudice, with each party bearing its own costs and attorneys' fees.

**DATED: June 15 2017**

JAMES KWON

By: _____
One of His Attorneys

Jin-Ho Chung
Amanda Antholt
Equip for Equality
20 N. Michigan Ave., Ste. 300
Chicago, IL 60602

Respectfully submitted,

CHICK-FIL-A AT ORLAND PARK

By: /s/ Jules A. Levenson
One of Its Attorneys

Gerald L. Maatman, Jr.
gmaatman@seyfarth.com
Jules A. Levenson
jlevenson@seyfarth.com
SEYFARTH SHAW LLP
233 S. Wacker Drive
Suite 8000
Chicago, Illinois 60606
Telephone:     (312) 460-5000
Facsimile:     (312) 460-7000

39433886v.2

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of June, 2017, I electronically filed the foregoing

STIPULATION OF DISMISSAL with the Clerk of Court by using the CM/ECF system, which

will send a notice of electronic filing to all counsel of record, including the following:

> Jin-Ho Chung
> Amanda Antholt
> Equip for Equality
> 20 N. Michigan Ave., Ste. 300
> Chicago, IL 60602


> /s/ *Jules A. Levenson*

2